**The following constitutes the order of the Court.
Signed: November 19, 2020**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-41706 WJL |
| Justin Walker, | Chapter 7 |
| Debtor. | <u>HEARING SCHEDULED:</u><br>Date: November 25, 2020<br>Time: 9:30 a.m.<br>VIA TELECONFERENCE |

**MEMORANDUM REGARDING DEBTOR'S FILINGS**

The Court has reviewed Debtor's Request for Redemption (Dkt. 29), Affidavit (Dkt. 30), and Motion for Approval of Reaffirmation Agreement (Dkts. 31 & 37). The Court has also reviewed creditor Citizens Equity First Credit Union's (the "Creditor") responses at docket numbers 32, 33, 34, and 36.

Per the Creditor's request in its Opposition to Request for Redemption (Dkt. 36), the Court will address all of these filings at the hearing on the Creditor's Motion for Relief from Stay (Dkt. 23) at the above-captioned date and time.

A reminder that pursuant to Fourth Amended General Order 38, the parties are to appear by teleconference. For more information

regarding teleconference appearances, please see:
https://www.canb.uscourts.gov/proceudre/district-oakland-san-jose-san-francisco/policy-procedure-appearances-telephone.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Justin Walker
5164 Gately Ave.
Richmond, CA 94804